**In Interest of C.J.R. and K.D.R.**

**JUVENILE OFFICER, Respondent,**

v.

**T.R., (Natural Mother), Appellant.**

**No. WD 53139.**

Missouri Court of Appeals, Western District.

Submitted April 2, 1997.

Decided June 30, 1997.

Janice Harder, Columbia, for Appellant.

Marilyn Gaeth, Elizabeth MaGee, Columbia, for Respondent.

Before BERREY, P.J., and SPINDEN and SMART, JJ.

**ORDER**

PER CURIAM:

T.R. appeals the termination of her parental rights as to her son C.J.R., and her daughter, K.D.R., pursuant to Section 211.447.2(1), RSMo 1994. Having carefully considered the arguments on appeal, we affirm the judgment of the trial court. Because our decision lacks precedential value, we affirm by summary order pursuant to Rule 84.16(b). A memorandum of the rea-

sons for our decision has been furnished to the parties.